| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Donna Jean Shoemake** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | **xxx−xx−2611** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Louisiana** | Date case filed for chapter | **7   3/17/21** |
| Case number: | **21−10338 Section A Office Code: 2** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Donna Jean Shoemake | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4945 Gloria Drive <br> Lafitte, LA 70067 | |
| 4. | **Debtor's attorney** <br> Name and address | Michele C. Stross <br> Southeast Louisiana Legal Services <br> 401 Whitney Avenue <br> Suite 520 <br> Gretna, LA 70056 | Contact phone 504−374−0977 <br><br> Email: mstross@slls.org |
| 5. | **Bankruptcy trustee** <br> Name and address | Barbara Rivera−Fulton <br> P.O. Box 19980 <br> New Orleans, LA 70179 | Contact phone (504) 402−1220 <br><br> Email: barbararfulton2015@gmail.com −−> |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**   page 1

Debtor **Donna Jean Shoemake**      Case number **21–10338**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B–601<br>New Orleans, LA 70130 | Hours open:<br>8:30 – 4:30 Monday – Friday<br><br>Contact phone (504) 589–7878<br><br>Date: 3/17/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 23, 2021 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>At the meeting, the trustee may give oral notice of an intention to abandon estate property.<br>Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting. If you have any questions or concerns, please contact your attorney or the bankruptcy case trustee (see box 5). | Location:<br><br>**Telephone Conference**<br>Trustee:<br>Barbara Rivera–Fulton<br>Call In Number: 877–772–3944<br>Call In Passcode: 2951486 |

Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case.

| | | |
|---|---|---|
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/22/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **Financial Management Course:** | Certification About a Financial Management Course (Official Form 423) for individual chapter 7 debtor due 60 day after first date set for the meeting of creditors. | |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | | |

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.

United States Bankruptcy Court

Eastern District of Louisiana

In re:     Case No. 21-10338-MSG

Donna Jean Shoemake     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: admin     Page 1 of 3

Date Rcvd: Mar 18, 2021     Form ID: 309A     Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna Jean Shoemake, 4945 Gloria Drive, Lafitte, LA 70067-5251 |
| smg | + | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2128 |
| smg | | U. S. Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| 3863516 | # | Atmos Energy, PO Box 790311, Saint Louis, MO 63179-0311 |
| 3863517 | + | Bone and Joint Clinic, 2600 Belle Chasse Highway, Suite I, Gretna, LA 70056-7156 |
| 3863521 | + | ConServe, PO Box 7, Fairport, NY 14450-0007 |
| 3863525 | + | DNF Associates, 2351 N. Forest Road, Suite 110, Getzville, NY 14068-9902 |
| 3863524 | | DivvyDose, PO Box 5226, Rock Island, IL 61204-5226 |
| 3863526 | + | Duramed, Inc., 1015 24th Street, Kenner, LA 70062-5268 |
| 3863529 | + | FCBS, Inc., 330 S. Warminster Rd, Suite 353, Hatboro, PA 19040-3433 |
| 3863530 | | Fingerhut, P.O. Box 70281, Philadelphia, PA 19176-0281 |
| 3863533 | + | Fresenius Medical Care Pharmacy Service, 11001 Danika Way N, Saint Petersburg, FL 33716-3724 |
| 3863534 | + | Fresenius Medical Care West Bank, PO Box 919214, Dallas, TX 75391-9214 |
| 3863536 | | Good Housekeeping, PO Box 6000, Harlan, IA 51593-1500 |
| 3863537 | + | Indigo Card/Genesis FS Card Services, PO Box 4499, Beaverton, OR 97076-4499 |
| 3863538 | + | Jefferson Parish Water Department, 4500 Westbank Expressway, Marrero, LA 70072-3143 |
| 3863539 | | Kohl's Credit/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 3863540 | | LMG, LLC, Attn: 14236M, PO Box 14000, Belfast, ME 04915-4033 |
| 3863548 | ++ | MIDWEST FIDELITY SERVICES LLC, 103 SOUTH MAIN STREET, OTTAWA KS 66067-2327 address filed with court:, Midwest Fidelity Services, 103 S. Main Street, Ottawa, KS 66067 |
| 3863544 | + | Midland Credit Management, 350 Camino de la Reince, Suite 100, San Diego, CA 92108-3007 |
| 3863545 | | Midland Credit Management, Inc., PO Box 2001, Warren, MI 48090-2001 |
| 3863549 | | Ochsner Health System, PO Box 61838, New Orleans, LA 70161-1838 |
| 3863550 | + | Ochsner Home Medical Equipment, PO Box 1259, Department 140418, Oaks, PA 19456-1259 |
| 3863551 | | One Advantage, LLC, PO Box 23860, Belleville, IL 62223-0860 |
| 3863553 | | Publishers Clearing House, PO Box 6344, Harlan, IA 51593-1844 |
| 3863554 | | Receivable Recovery Services, LLC, PO Box 7100, Metairie, LA 70010-7100 |
| 3863556 | + | Southern Credit Recovery, P.O. Box 8710, Metairie, LA 70011-8710 |
| 3863558 | | Uncle Warbucks, 1329-D Arena Road, Lot 110, Quebec, Canada J0L1B0 |
| 3863560 | | West Jefferson Medical Center, PO Box 919266, Dallas, TX 75391-9266 |
| 3863561 | + | Westside/Leitz-Eagan Funeral Home, 5101 Westbank Expressway, Marrero, LA 70072-2938 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mstross@slls.org | Mar 18 2021 19:26:00 | Michele C. Stross, Southeast Louisiana Legal Services, 401 Whitney Avenue, Suite 520, Gretna, LA 70056 |
| tr | + | EDI: BBRIVERAFULTON.COM | Mar 18 2021 22:58:00 | Barbara Rivera-Fulton, P.O. Box 19980, New Orleans, LA 70179-0980 |
| smg | | EDI: LADOR | Mar 18 2021 22:58:00 | Louisiana Department of Revenue, Collection |

Case 21-10338 Doc 19 Filed 03/20/21 Entered 03/20/21 23:17:42 Imaged Certificate of Notice Page 5 of 6

| District/off: 053L-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: 309A | Total Noticed: 55 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | Division/Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Mar 18 2021 19:26:00 | Louisiana Workforce Commission, UI Tax Liability and Adjudications, Attn: Bankruptcy Unit, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338 |
| ust | | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Mar 18 2021 19:26:00 | Office of the U.S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |
| 3863514 | | Email/Text: bankruptcy@acadian.com | Mar 18 2021 19:26:00 | Acadian Ambulance Services, PO Box 92970, Lafayette, LA 70509-2970 |
| 3863515 | + | Email/Text: collections@asifcu.com | Mar 18 2021 19:26:00 | ASI Federal Credit Union, 1554 Westbank Expressway, Westwego, LA 70094-4800 |
| 3863518 | + | EDI: CAPITALONE.COM | Mar 18 2021 22:58:00 | Capital One Bank USA, NA, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 3863519 | | EDI: WFNNB.COM | Mar 18 2021 22:58:00 | Comenity Bank, Bankruptcy Department, PO Box 182182, Columbus, OH 43218-2182 |
| 3863520 | | EDI: WFNNB.COM | Mar 18 2021 22:58:00 | Comenity Bank/Woman Within, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 3863522 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 18 2021 19:43:26 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 3863528 | | Email/Text: bknotice@ercbpo.com | Mar 18 2021 19:26:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 3863527 | + | Email/Text: credit7@entergy.com | Mar 18 2021 19:26:00 | Entergy, P.O. Box 8108, Baton Rouge, LA 70891-8108 |
| 3863531 | | EDI: BLUESTEM | Mar 18 2021 22:58:00 | Fingerhut Advantage, PO Box 166, Newark, NJ 07101-0166 |
| 3863532 | + | EDI: FSAE.COM | Mar 18 2021 22:58:00 | FirstSource, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 3863535 | + | EDI: PHINGENESIS | Mar 18 2021 22:58:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 3863541 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2021 19:41:07 | LVNV Funding, LLC, PO Box 10497, Suite 600, Greenville, SC 29603-0497 |
| 3863542 | | Email/Text: med1bknotice@med1solutions.com | Mar 18 2021 19:27:00 | MED-1 Solutions, LLC, 517 US Highway 31N, Greenwood, IN 46142-3932 |
| 3863548 | | Email/Text: ahull@midwestfidelity.com | Mar 18 2021 19:26:00 | Midwest Fidelity Services, 103 S. Main Street, Ottawa, KS 66067 |
| 3863543 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 18 2021 19:46:26 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 3863546 | + | EDI: MID8.COM | Mar 18 2021 22:58:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 3863547 | + | EDI: MID8.COM | Mar 18 2021 22:58:00 | Midland Funding LLC, 8875 Aero Drive 200, San Diego, CA 92123-2255 |
| 3863552 | | EDI: PRA.COM | Mar 18 2021 22:58:00 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 3863555 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2021 19:46:29 | Resurgent Capital Services LP, PO Box 10465, Greenville, SC 29603-0465 |
| 3863557 | | Email/Text: hmcgrp@aol.com | Mar 18 2021 19:26:00 | The HMC Group, 29065 Clemens Road, Suite 200, Westlake, OH 44145-1179 |
| 3863559 | + | EDI: BLUESTEM | Mar 18 2021 22:58:00 | WebBank, 215 State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 26

| District/off: 053L-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2021 | Form ID: 309A | Total Noticed: 55 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3863523 | | David Shoemake |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Mar 20, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|